IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00262-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

DEBORAH SUE PINTER,

    Plaintiff,

v.

ROSEMARY LOPER,

    Defendant.

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Deborah Sue Loper, resides in Greeley, Colorado.   On February 3, 2016, she submitted a "Motion to File Without Payment of Filing Fee" (ECF No. 1).   The Court has opened a new civil action.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.   Plaintiff will be directed to cure the following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   ___   is not submitted
(2)   _X_   is not on proper form (must use the current Court-approved form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9)   _X_   is not submitted

(10) \_\_\_ is not on proper form (must use the court's current form)
(11) \_\_\_ is missing an original signature by the Plaintiff
(12) \_\_\_ is incomplete
(13) \_\_\_ uses et al. instead of listing all parties in caption
(14) \_\_\_ names in caption do not match names in text of Complaint
(15) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_\_ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies.   Alternatively, Plaintiff may obtain a copy of the court-approved form from the United States District Court clerk's office at 901 19th St., Denver, Colorado.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 4, 2016, at Denver, Colorado.

BY THE COURT:


s/Gordon P. Gallagher
United States Magistrate Judge